

U.S. Department of Justice

*United States Attorney*
*District of Connecticut*

| | |
|---|---|
| Connecticut Financial Center | (203) 821-3700 |
| 157 Church Street | |
| P.O. Box 1824 | |
| New Haven, Connecticut 06510 | Fax (203) 773-5376 |

July 8, 2003

The Honorable Christopher F. Droney
United States District Judge
450 Main Street
Hartford, CT 06103

    Re:   **Tishawn Hunter v. USPS**
            3:03cv236(CFD)

Dear Judge Droney:

    This letter is in response to the Court's order of notice to pro se litigant and defendant dated July 1, 2003. The Court requested a response by the United States to the plaintiff's claim that the United States Postal Service refuses to deliver mail he has sent to his sister in South Carolina. While it is the government's position that any misdelivery of mail is not actionable under the Federal Tort Claims Act, the undersigned attempted to resolve this issue with Mr. Hunter in January, 2003. Specifically, after a hearing in the Connecticut Small Claims court on January 23, 2003, I met with Mr. Hunter to discuss his case. At that time I explained to Mr. Hunter that I would try to determine what was going on with the delivery of his mail. It appeared that his mail was not delivered to his sister because he had incorrectly addressed the letters. I was able to locate his sister, Ms. Hunter, in Hartsville, South Carolina by doing an internet search. I spoke with her on January 24, 2003. She authorized me to provide Mr. Hunter with her current address as well as her home telephone number. (See Letter to Tishawn Hunter dated January 24, 2003 attached hereto)

    If the Court requires further information, it will be promptly provided. Thank you.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT U.S. ATTORNEY

[Handwritten note on left margin: Clerk shall docket this letter and include it in the Court's file. So ordered. Christopher F. Droney, United States District Judge /03]

[Stamp: FILED 2003 NOV -6 A 9:46 US DISTRICT COURT HARTFORD CT]

cc:    Tishawn Hunter
Inmate # 214918
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071



U.S. Department of Justice

United States Attorney
District of Connecticut

Connecticut Financial Center  (203) 821-3700
157 Church Street
P.O. Box 1824
New Haven, Connecticut  06510  Fax (203) 773-5376

January 24, 2003

Tishawn Hunter
Inmate # 214918
Northern Correctional Institution
P.O. Box 665
Somers, CT 06071

    Re:   **Tishawn Hunter v. USPS**
          SCA-T48219

Dear Mr. Hunter:

    As I am sure you recall, after the hearing in Small Claims court on January 23, 2003, we met to discuss your case. I explained to you that I would try to determine what was going on with the delivery of your mail. It appears that your mail was not delivered to your sister because you had the incorrect address. I was able to locate Ms. Hunter in Hartsville, South Carolina by doing an internet search. I spoke with her on January 24, 2003. She authorized me to provide you with her current address as well as her home telephone number. Her current address is: 652 Flinns Road, Hartsville, South Carolina 29550. Her home telephone number is 843-339-9784.

    As I indicated to you when we met, if you do not withdraw your small claims action the government will remove this case to federal court and then move to dismiss your claims. You should be aware that, under the Federal Tort Claims Act, your claim for the alleged misdelivery of mail is not actionable pursuant to 28 U.S.C. section 2680(b). Please advise me how you intend to proceed immediately.

    Thank you for your cooperation in this matter.

                                 Very truly yours,

                                 KEVIN J. O'CONNOR
                                 UNITED STATES ATTORNEY

                                 *Douglas P. Morabito*

                                 DOUGLAS P. MORABITO
                                 ASSISTANT U.S. ATTORNEY