UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 APR 10 A 10:13
US DISTRICT COURT
HARTFORD CT

TISHAWN HUNTER,                                :

       Plaintiff,                          :     CIVIL NO. 3:03cv236(CFD)

v.                                             :

COMMISSIONER OF PUBLIC WORKS,                  :
and POST OFFICE/POSTMASTER,                    :
SOMERS, CT
                                                     :

       Defendants.                        :     APRIL 9, 2003

## MOTION TO DISMISS

The defendant, United States of America, hereby moves pursuant to Rule 12(b)(1) of the Federal Rules of Civil procedure to dismiss plaintiff's Complaint for lack of subject matter jurisdiction.

For the reasons set forth more fully in the accompanying memorandum of law, this motion should be granted.

                                          Respectfully submitted,
                                          KEVIN J. O'CONNOR
                                          UNITED STATES ATTORNEY

                                          *Douglas P. Morabito*

                                          DOUGLAS P. MORABITO
                                          ASSISTANT UNITED STATES ATTORNEY
                                          157 CHURCH STREET
                                          NEW HAVEN, CT   06508
                                          (203)821-3700
                                          FEDERAL BAR NO. ct20962

---

*Margin annotation (left side, handwritten):* DENIED without prejudice to filing a motion for summary judgment. So ordered.
Christopher F. Droney
United States District Judge
03/19/04

*Stamp:* FILED 2004 MAR 19 P 4:24 U.S. DISTRICT COURT HARTFORD, CT