UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2003 JUN 23  A 11:49
US DISTRICT COURT
HARTFORD CT

TISHAWN HUNTER

V.

CIV. NO. 3:03CV236(CFD)

COMMISSIONER OF PUBLIC WORKS
AND THE UNITED STATES

JUNE 23, 2003

### THE DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, the defendant, the Commissioner of Public Works of the State of Connecticut, moves for judgment on the pleadings against the plaintiff's claims against him. The defendant asserts that:

1. The plaintiff – an inmate confined to the custody of the Connecticut Department of Correction ("DOC") – failed to exhausted his administrative remedies. Therefore, pursuant to the Prison Litigation Reform Act, he may not bring this civil rights claim in federal court.

2. The plaintiff does not plead that the alleged actions of the defendant are anything other than a negligent processing of his mail. Negligence does not state a claim for relief under 42 U.S.C. § 1983.

**ORAL ARGUMENT NOT REQUESTED**
**TESTIMONY NOT REQUIRED**

*Margin annotation (judge's order):* DENIED without prejudice to filing a motion for summary judgment. So ordered. Christopher F. Droney, United States District Judge, 03/19/04