Page 1.1

District of connecticut

Civil 3:03CV236 CCFD

2004 APR 15 A 11: 25

U.S. DISTRICT COURT
HARTFORD, CT.

Israel Hunter

Plaintiff

V.

Commissioner of public works,
And post office / Postmaster,
Somers, CT 06071

Defendants.

Motion for Judgement
To favor for Plaintiff

I have done everything there was possible of
doing the right way in this case. all document
concerning this case has been basically submitt
To this court and, everything is to be true
True. I was simply a victim of wrong doing,
Post office / Postmaster Refusely Re-Routed
my mail for months in 2003. causing me mental
Depression and mental Pain with head ack
Because I was not able to communicate with
my family. commissioner of public works
Post office / Postmaster was given a month
To reply on form to Answer my claim and
give reasons of why this has happened. and
if not Answered So ordered by Judge of
Small claims Rocville court a Judgement
→

page(2)

of default will be entered against the Defendants. which is what happened the court has copies of answer date forms that was sent to the defendants and, not returned to the court answered or not answered. Instead the answer date forms was held onto and not answered at so ordered date by Judge of small claims court. so i won the suit by default because Defendants failed to answer the answer Date form that was sent by the court of small claims Rockville, CT ordered by Judge. It is all very clear what happened my paper work is witness of what happened to my mail and the suffering I went Through. with all due respect to the court and Judge, i Just want what is owed to me $3,500.00 so ordered legally By another Judge for these defendants to pay me what they owe. Because of failure to comply with an court order to answer my claim against the defendants is the Reason why the defendants lost in the first place according to small claims process Rules. maybe the Judge of small claims thought by turning over the case as a winning Plaintiff to the federal court

Page (3)

Ask by attorneys, Kevin J. o'conner and Douglas P. morabito both united states attorneys. That the federal Judge could see that these defendants were in the wrong because ~~they~~ i have all the Paper work leading to the failure to comply with a Judges order to answer my complaint. The court has all Paper work All so. And by the defendants ~~the~~ not Answering my claim that they owe me money for the damages that was done gives the court reason to believe That what what im the Plaintiff is saying these defendants did is to be the trueth, according to Rockville small claims Process Book of Rules.

Respectfully
Submitted
Tishawn Hunter
P.o. Box Somers, CT
06071.

United States District Court
District of connecticut

Civil # 3:03CV236(CF

Tishaun Hunter # 214918
P.O. Box 665
Somers, CT 06071

Motion for Judgement
In favor for Plaintiff
Pleading

I here by certify
subscribed + sworn before
me on 9/12/04
Brian Bradway

BRIAN BRADWAY
NOTARY PUBLIC
MY COMMISSION EXPIRES 01/31/2008