United States Court
District of Connecticut

Civil # 3:03CV236(CFD)

2004 APR 15 A 11: 25

U.S. DISTRICT COURT
HARTFORD, CT

Ishmael Hunter

Plaintiff,

v.

Commissioner of Public works,
Post office/Postmaster,
Somers, CT 06071

Defendants.

Motion for Judgement
In favor for Plaintiff

The Clerk is directed to docket this letter and include it in the Court's file. The Clerk is also directed to mail a copy of this letter to all parties in the case. So ordered.

Christopher F. Droney
United States District Judge
04/20/04

FILED 2004 APR 20 P 3:28

have done everything there was possible of doing the right way° in this case. all documents concerning this case has been basically submitted, this court and, everything is to be ~~done~~ ue. I was simply a victim of wrongdoing, st office/Postmaster Refusely Re-Routed mail for months in dood causing me mental Presson and mental Pain with headacks cause I was not able to communicate with my family. commissioner of public works st office/Postmaster was given a month o Refly on form to Answer my claim and ve reasons of why this has happened. and not Answered so ordered by Judge of mall claims Rocville court a Judgement →