**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| TISHAWN HUNTER,                           )<br>                                           )<br>    Plaintiff,                             )<br>                                           )<br>v.                                         )   Docket No.:  3:03CV236 (CFD)<br>                                           )<br>COMMISSIONER OF PUBLIC WORKS,              )<br>and POST OFFICE/POSTMASTER,                )<br>SOMERS, CT,                                )<br>                                           )<br>    Defendants.                            ) | |

**ANSWER**

Defendant, United States of America, answers Plaintiff's Small Claims Writ and Notice of Suit as follows:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegation that Plaintiff's mail has been sent to him as opposed to being sent to his sister in South Carolina. Defendant denies the remaining allegations contained in the Small Claims Writ and Notice of Suit.

**AFFIRMATIVE DEFENSES**

1. Plaintiff's recovery is limited to the damages recoverable under the Federal Tort Claims Act.

2. Plaintiff has failed to exhaust his administrative remedies in that he did not file an administrative claim with the United States Postal Service prior to filing suit as required by 28 U.S.C. §2675(a).

3. Plaintiff's suit is barred by the doctrine of sovereign immunity. See 26 U.S.C. §2680(b).

4. Pursuant to 28 U.S.C. §2412(d)(1)(A), Plaintiff cannot recover attorney's fees from the United States Postal Service.

5. Pursuant to 28 U.S.C. §2402, Plaintiff is not entitled to a jury trial against the United States.

6. Plaintiff's Small Claims Writ and Notice of Suit fails state a claim or any claim upon which relief can be granted against Defendant.

7. Plaintiff's injuries, damages and loss, if any, where solely and proximately caused by his own negligence, carelessness or recklessness.

8. Plaintiff's fault and negligence in causing the damages he complains of must be compared against the fault and negligence, if any, of Defendant, and Plaintiff's recovery, if any, must be diminished in proportion of Plaintiff's fault and negligence in causing the damages complained of.
Moreover, Plaintiff is prohibited from recovering any amount against Defendant if Plaintiff's fault and negligence in causing the damages is greater than the fault and negligence, if any, of Defendant.

WHEREFORE, having fully answered Plaintiff's Small Claims Writ and Notice of Suit, Defendant respectfully moves this Court to dismiss Plaintiff's Small Claims Writ and Notice of Suit, for its costs incurred herein, and for such further relief as is just and proper.

Respectfully submitted,
KEVIN J. O'CONNOR
United States Attorney

_____
Douglas P. Morabito
Assistant U.S. Attorney
157 Church Street
P.O. Box 1824
New Haven, CT  06510
Federal Bar Number ct20962
Telephone:     203-821-3700
Facsimile:     203-773-5373

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that the foregoing document was mailed via first-class mail, postage prepaid, this 28th day of April, 2004, to: Tishawn Hunter, Inmate #214918, Northern C.I., 287 Bilton Road, Somers, CT 06071, Plaintiff.

_____
DOUGLAS P. MORABITO