UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY -4  A 10: 45

U.S. DISTRICT COURT
HARTFORD, CT

| | | |
|---|---|---|
| TISHAWN HUNTER, | : | |
| Plaintiff, | : | CIVIL NO. 3:03cv236(CFD) |
| v. | : | |
| | : | |
| COMMISSIONER OF PUBLIC WORKS, | : | |
| and POST OFFICE/POSTMASTER, | : | |
| SOMERS, CT | : | |
| | : | |
| Defendants. | : | May 3, 2004 |

### MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR JUDGMENT

The defendant, Post Office/Postmaster, Somers, CT, submits the instant opposition to plaintiff's motion for judgment in favor of the plaintiff. For the reasons that follow, the motion should be denied.

### FACTS/PROCEDURAL HISTORY

Plaintiff, Tishawn Hunter, originally commenced this action on October 10, 2002, by small claims writ and notice of suit in the Connecticut Superior Court, Small Claims Session in the Judicial District of Tolland at Rockville seeking damages arising out of the United States Postal Service's ("USPS") alleged misdelivery of his personal mail. The case was assigned state court docket number SCA-T-48219. Defendant, Post Office/Postmaster, Somers, CT, was never properly served with the Small Claims Writ and Notice of Suit. As such, the plaintiff obtained a default judgment against

said Defendant on November 19, 2002. Defendant Post Office/Postmaster, Somers, CT moved to reopen the judgment, which was granted by the Small Claims Magistrate on January 23, 2003.

On February 5, 2003, the defendant filed a notice of removal in the United States District Court for the District of Connecticut pursuant to 28 U.S.C. § 2679(d)(2). On April 10, 2003, the defendant filed a motion to dismiss. On March 19, 2004, the Court denied defendant's motion to dismiss.

The plaintiff filed the instant motion seeking judgment in his favor based on the Small Claims Court's entry of default judgment against the defendant. However, because that default judgment was vacated on January 23, 2003, the plaintiff's motion is without merit and should be denied.

## CONCLUSION

WHEREFORE, the defendant submits the plaintiff's motion for judgment should be denied.

Respectfully submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Douglas P. Morabito*
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR NO. ct20962

CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 3rd day of May, 2004, to:

Tishawn Hunter
Inmate # 214918
Northern C.I.
287 Bilton Road
Somers, CT 06071
(Pro Se Plaintiff)

Neil Parille, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
(Defendant Commissioner of Public Works)

*Douglas P. Morabito*
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY