UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TISHAWN HUNTER | : |
| | : |
| | : |
| | : |
| | : CIV. NO. 3:03CV236 (CFD) |
| V. | : |
| | : |
| | : |
| COMMISSIONER OF PUBLIC WORKS AND | : |
| THE UNITED STATES | : MAY 5, 2004 |

**THE DEFENDANT COMMISSIONER OF PUBLIC WORKS' OPPOSITION
TO THE PLAINTIFF'S MOTION FOR JUDGMENT ON PLEADINGS**

The defendant Commissioner of Public Works for the State of Connecticut ("Commissioner") hereby objects to the plaintiff's motion for judgment on the pleadings. As the Commissioner's motion for summary judgment filed today demonstrates, there are no questions of material facts in this case and the Commissioner is entitled to summary judgment. For this reason, the defendant urges that the plaintiff's motion be denied.

DEFENDANT
Commissioner of Public Works

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. #Ct.15278
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5593
Neil.Parille@po.state.ct.us

**CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this \_\_\_\_ day of May 2004 to:

Tishawn Hunter, No. 214918
Northern Correctional Institution
287 Bilton Road, P.O. 665
Somers, CT 06071

Douglas Morabito
Assistant United States Attorney
157 Church Street
New Haven, CT 06508

                                                      /s/_____
                                               Neil Parille
                                               Assistant Attorney General