UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TISHAWN HUNTER | : |
| | : |
| | : |
| V. | : CIV. NO. 3:03CV236 (CFD) |
| | : |
| | : |
| COMMISSIONER OF PUBLIC WORKS AND | : |
| THE UNITED STATES | : MAY 5, 2004 |

**THE DEFENDANT COMMISSIONER OF PUBLIC WORKS' MOTION
FOR SUMMARY JUDGMENT**

   Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant Commissioner of Public Works for the State of Connecticut ("Commissioner") moves for summary judgment against the plaintiff's complaint.  The plaintiff, an inmate under the custody of the Connecticut Department of Correction, alleges that the Commissioner has interfered with the delivery of mail which he has sent to his sister in South Carolina, allegedly in violation of his rights under the First Amendment to the United States Constitution.  It is undisputed that the Commissioner has no personal involvement in the delivery of mail to and from DOC facilities.  Therefore, he is not subject to suit under 42 U.S.C. § 1983.

**ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED**

DEFENDANT
Commissioner of Public Works

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
    Neil Parille
    Assistant Attorney General
    Federal Bar No. #Ct.15278
    110 Sherman Street
    Hartford, CT 06105
    Tel.: (860) 808-5450
    Fax: (860) 808-5593
    Neil.Parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 5th day of May 2004 to:

Tishawn Hunter, No. 214918
Northern Correctional Institution
287 Bilton Road, P.O. 665
Somers, CT 06071

Douglas Morabito
Assistant United States Attorney
157 Church Street
New Haven, CT 06508


___/s/_____
Neil Parille
Assistant Attorney General