UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TISHAWN HUNTER | : |
| | : |
| | : |
| | : CIV. NO. 3:03CV236 (CFD) |
| V. | : |
| | : |
| | : |
| COMMISSIONER OF PUBLIC WORKS | : |
| AND THE UNITED STATES | : MAY 5, 2004 |

## THE DEFENDANT'S LOCAL RULE 56(A)(1) STATEMENT

Pursuant to Local Rule 56, the defendant Commissioner of Public Works submits this statement of facts as to which he contends there are no genuine issues to be tried.

1. The plaintiff is an inmate under the custody of the Connecticut Department of Correction ("DOC"). Ex. A.

2. The plaintiff has been incarcerated at the Northern Correctional Institution from June 2000 to the present (with some periods of freedom). Ex. A. Northern is located in Somers, Connecticut and is part of the North District of DOC facilities. Ex. B (Aff. of Remi Acosta).

3. Neither the Commissioner of Public Works nor the Department of Public Works has any involvement in the delivery of mail to or from Connecticut correctional facilities. Affidavit of Remi Acosta. (Id.)

4. The Commissioner's role with respect to Connecticut correctional facilities is limited to the construction and modification of facilities. He is not involved in the day to day operation of facilities.

DEFENDANT
Commissioner of Public Works

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: __/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. #Ct.15278
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5593
Neil.Parille@po.state.ct.us


## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this _____ day of May 2004 to:

Tishawn Hunter, Inmate No. 214918
Northern Correctional Institution
287 Bilton Road, P.O. 665
Somers, CT 06071

Douglas Morabito
Assistant United States Attorney
157 Church Street
New Haven, CT 06508


__/s/_____
Neil Parille
Assistant Attorney General