UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TISHAWN HUNTER | : | NO. 3:03CV236 (CFD) |
| | : | |
| VS. | : | |
| | : | |
| | : | |
| COMMISSIONER OF PUBLIC WORKS | : | |
| AND THE UNITED STATES | : | OCTOBER 17, 2005 |

**THE DEFENDANT COMMISSIONER OF PUBLIC WORKS'**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendant Commissioner of Public Works for the State of Connecticut ("Commissioner") moves for summary judgment against the plaintiff's complaint. The plaintiff, an inmate under the custody of the Connecticut Department of Correction, alleges that the Commissioner has interfered with the delivery of mail which he has sent to his sister in South Carolina, allegedly in violation of his rights under the First Amendment to the United States Constitution. It is undisputed that the Commissioner has no personal involvement in the delivery of mail to and from DOC facilities. Therefore, he is not subject to suit under 42 U.S.C. § 1983.

DEFENDANT,
Commissioner of Public Works

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
**ORAL ARGUMENT NOT REQUESTED.**  Fax No.: (860) 808-5593
**TESTIMONY NOT REQUIRED.**  Email: neil.parille@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 17th day of October, 2005 to:

Tishawn Hunter, Inmate No. 214918  
Northern Correctional Institution  
287 Bilton Road, PO 665  
Somers, CT 06071

Douglas Morabito  
Assistant United States Attorney  
157 Church Street  
New Haven, CT 06508

                                                    ___/s/_____  
                                                    Neil Parille  
                                                    Assistant Attorney General