```
MOVEMENTS      NUMBER:   214918      NAME:   HUNTER,TISHAWN           PAGE    1
FILE:  NORTHERN CI                   MED FILE:
                                        DATE     SEQ     LOCATION         JUR STA
START SERVING SENTENCE (1+)           9/21/2005   1    141 NORTHERN CI    141  G
TRANSFER AMONG DOC LOCATIONS          8/05/2005   1    141 NORTHERN CI    141  U
READMISSION, CONTINUED                8/01/2005   1    121 HARTFORD CCC   121  U
DISCHARGED, SENTENCE TIME SERVED      7/16/2004   1    900 DISCHARGE      900  L
START SERVING SENTENCE (1-)          10/08/2003   1    141 NORTHERN CI    141  L
TRANSFER AMONG DOC LOCATIONS          9/19/2003   1    141 NORTHERN CI    141  U
READMISSION, CONTINUED                9/18/2003   1    121 HARTFORD CCC   121  U
DISCHARGED, SENTENCE TIME SERVED      8/26/2003   1    900 DISCHARGE      900  G
START SERVING SENTENCE (1+)           6/12/2002   1    141 NORTHERN CI    141  G
TRANSFER AMONG DOC LOCATIONS          2/27/2002   1    141 NORTHERN CI    141  U
READMISSION, CONTINUED                2/25/2002   1    121 HARTFORD CCC   121  U
DISCHARGED, SENTENCE TIME SERVED      6/05/2001   1    900 DISCHARGE      900  L
SENTENCED BY COURT                    2/08/2001   1    141 NORTHERN CI    141  L
START SERVING SENTENCE (1-)           1/12/2001   1    141 NORTHERN CI    141  L
TRANSFER AMONG DOC LOCATIONS         12/13/2000   1    141 NORTHERN CI    141  U
READMISSION, CONTINUED               12/11/2000   1    121 HARTFORD CCC   121  U
DISCHARGED, SENTENCE TIME SERVED      7/31/2000   1    900 DISCHARGE      900  L

Z938 10/14/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N      NUMBER:  00214918                  ENTER FOR NEXT PAGE
```

```
MOVEMENTS        NUMBER:   214918      NAME:  HUNTER,TISHAWN              PAGE    2
FILE:  NORTHERN CI                     MED FILE:
                                         DATE    SEQ     LOCATION       JUR STA
START SERVING SENTENCE (1-)            7/12/2000  1   141 NORTHERN CI   141  L
TRANSFER AMONG DOC LOCATIONS           6/05/2000  1   141 NORTHERN CI   141  U
READMISSION, CONTINUED                 6/02/2000  1   121 HARTFORD CCC  121  U
DISCHARGED, SENTENCE TIME SERVED       2/09/2000  1   900 DISCHARGE     900  G
SENTENCED BY COURT                     3/01/1999  1   141 NORTHERN CI   141  G
SENTENCED BY COURT                     1/22/1999  1   141 NORTHERN CI   141  L
START SERVING SENTENCE (1-)           11/05/1998  1   141 NORTHERN CI   141  L
TRANSFER AMONG DOC LOCATIONS          10/15/1998  1   141 NORTHERN CI   141  U
READMISSION, CONTINUED                10/13/1998  1   121 HARTFORD CCC  121  U
DISCHARGED, PAID FINE                  8/17/1998  1   910 D/CHG ALL SNT 910  L
READMISSION, SENTENCED TO FINE         8/14/1998  1   121 HARTFORD CCC  121  L
DISCHARGED, DID NOT RETURN FROM COURT  3/18/1998  1   900 DISCHARGE     900  U
TRANSFER AMONG DOC LOCATIONS          10/10/1997  1   141 NORTHERN CI   141  U
READMISSION, CONTINUED                 9/11/1997  1   121 HARTFORD CCC  121  U
DISCHARGED, SENTENCE TIME SERVED       7/24/1997  1   900 DISCHARGE     900  L
SENTENCED BY COURT                     4/29/1997  1   141 NORTHERN CI   141  L
TRANSFER AMONG DOC LOCATIONS           4/18/1997  1   141 NORTHERN CI   141  L

Z938 10/14/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:  00214918              ENTER FOR NEXT PAGE
```

```
MOVEMENTS         NUMBER:    214918      NAME:  HUNTER,TISHAWN              PAGE      3
FILE:  NORTHERN CI                       MED FILE:
                                              DATE    SEQ      LOCATION       JUR  STA
TRANSFER AMONG DOC LOCATIONS              2/14/1997 1   125 CHESHIRE CC       125   L
START SERVING SENTENCE (1-)               2/06/1997 1   123 BRIDGEPORT CC     123   L
TRANSFER AMONG DOC LOCATIONS              1/27/1997 1   123 BRIDGEPORT CC     123   U
READMISSION, CONTINUED                    1/23/1997 1   121 HARTFORD CCC      121   U
DISCHARGED, SENTENCE TIME SERVED          5/10/1996 1   900 DISCHARGE         900   L
TRANSFER AMONG DOC LOCATIONS              3/04/1996 1   125 CHESHIRE CC       125   L
START SERVING SENTENCE (1-)               2/28/1996 1   121 HARTFORD CCC      121   L
READMISSION, CONTINUED                   11/13/1995 1   121 HARTFORD CCC      121   U
DISCHARGED, SENTENCE TIME SERVED          5/18/1995 1   900 DISCHARGE         900   G
TRANSFER AMONG DOC LOCATIONS              7/13/1994 1   125 CHESHIRE CC       125   G
TRANSFER AMONG DOC LOCATIONS              6/28/1994 2   116 ROBINSON CI       116   G
TRANSFER AMONG DOC LOCATIONS              6/28/1994 1   116 ROBINSON CI       116   G
TRANSFER AMONG DOC LOCATIONS              5/17/1993 1   111 J.R.MANSON YI     111   G
TRANSFER AMONG DOC LOCATIONS              4/30/1993 1   118 MALONEY CI        118   G
TRANSFER AMONG DOC LOCATIONS              3/09/1993 1   111 J.R.MANSON YI     111   G
SENTENCED BY COURT                        1/29/1993 1   121 HARTFORD CCC      121   G
TRANSFER AMONG DOC LOCATIONS              1/15/1993 1   121 HARTFORD CCC      121   G

Z938 10/14/2005    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:  00214918                     ENTER FOR NEXT PAGE
```

```
MOVEMENTS      NUMBER:    214918       NAME:   HUNTER,TISHAWN              PAGE    4
FILE:  NORTHERN CI                     MED FILE:
                                           DATE     SEQ    LOCATION          JUR STA
SENTENCED BY COURT                       1/12/1993   1    115 OSBORN CCI     115  G
START SERVING SENTENCE (1+)              1/06/1993   1    115 OSBORN CCI     115  G
TRANSFER FROM A HOSPITAL                12/17/1992   1    115 OSBORN CCI     115  U
TRANSFER TO A MEDICAL HOSPITAL          12/01/1992   1    115 OSBORN CCI     121  U
TRANSFER FROM A HOSPITAL                11/30/1992   1    121 HARTFORD CCC   121  U
TRANSFER TO A MEDICAL HOSPITAL          11/27/1992   1    115 OSBORN CCI     121  U
TRANSFER AMONG DOC LOCATIONS            11/24/1992   1    121 HARTFORD CCC   121  U
READMISSION, CONTINUED                  11/18/1992   1    129 MORGAN ST DC   129  U
DISCHARGED, DID NOT RETURN FROM COURT   10/01/1992   1    900 DISCHARGE      900  U
TRANSFER AMONG DOC LOCATIONS             9/11/1992   1    121 HARTFORD CCC   121  U
READMISSION, CONTINUED                   9/03/1992   1    132 JENNINGS RD D  132  U
DISCHARGED, DID NOT RETURN FROM COURT    8/26/1992   2    900 DISCHARGE      900  U
RELEASE FOR COURT APPEARANCE             8/26/1992   1    530 COURT APPEAR.  128  U
READMISSION, CONTINUED                   8/24/1992   1    128 BROOKLYN CCC   128  U
DISCHARGED, DID NOT RETURN FROM COURT    8/03/1992   2    900 DISCHARGE      900  U
RELEASE FOR COURT APPEARANCE             8/03/1992   1    530 COURT APPEAR.  128  U
NEW ENTRY,ACCUSED-CONTINUED              6/05/1992   1    128 BROOKLYN CCC   128  U

Z938 10/14/2005    CT DEPT OF CORRECTION - ALL MOVEMENTS-RT60         END

TRANSACTION: P/N     NUMBER:   00214918
```