UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| TISHAWN HUNTER | : |
| | : |
| V. | : CIV. NO. 3:03CV236 (CFD) |
| | : |
| COMMISSIONER OF PUBLIC WORKS | : APRIL 28, 2004 |

### AFFIDAVIT OF REMI ACOSTA

STATE OF CONNECTICUT     )
                         ) s.s. Enfield, Connecticut
COUNTY OF HARTFORD       )

I, Remi Acosta, having been duly sworn, deposes and says that:

1. I am over the age of eighteen and understand the obligations of any oath.

2. I am an employee of the Department of Correction for the State of Connecticut ("DOC"). I have been employed by the DOC for 22 years.

3. I am the District Administrator for North District of the DOC. As such, I oversee nine correctional facilities, including Northern, which is located in Somers. I have held this position since 2003.

4. I am familiar with the procedure by which mail is sent from Northern via the United States Postal Service.

5. Neither the Commissioner of Public Works for the State of Connecticut nor the Department of Public Works has any involvement with the delivery of mail at DOC facilities.

6. The involvement of the Commissioner of Public Works is limited to the construction of DOC facilities and their expansion. He has no involvement in the day to day operations of DOC facilities.

7. As stated above, I have been employed by the DOC for 22 years. To the best of my knowledge, the Commissioner of Public Works has never been involved in the delivery of mail to and from DOC facilities.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Remi Acosta

Subscribed and sworn to before me this 28th day of April, 2004.

_____
Notary Public

KAREN O'KEEFE
Notary Public
MY COMMISSION ENDS OCT. 31, 2005