UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TISHAWN HUNTER, | : | |
| Plaintiff, | : | CIVIL NO. 3:03cv236(CFD) |
| v. | : | |
| | : | |
| COMMISSIONER OF PUBLIC WORKS, and POST OFFICE/POSTMASTER, SOMERS, CT | : : : | |
| | : | |
| Defendants. | : | OCTOBER 20, 2005 |

### MOTION FOR SUMMARY JUDGMENT

The defendant, United States of America, hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for entry of summary judgment on plaintiff's Complaint because the Court lacks subject matter jurisdiction.

For the reasons set forth more fully in the accompanying memorandum of law, this motion should be granted.

Respectfully submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CT  06508
(203)821-3700
FEDERAL BAR NO. ct20962

CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 20th day of October, 2005, to:

Tishawn Hunter
Inmate # 214918
Northern C.I.
287 Bilton Road
Somers, CT 06071
(Pro Se Plaintiff)

Neil Parille, Esq.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
(Defendant Commissioner of Public Works)

_____
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY