UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TISHAWN HUNTER, | : | |
| Plaintiff, | : | CIVIL NO. 3:03cv236(CFD) |
| v. | : | |
| | : | |
| COMMISSIONER OF PUBLIC WORKS, | : | |
| and POST OFFICE/POSTMASTER, | : | |
| SOMERS, CT | : | |
| | : | |
| Defendants. | : | OCTOBER 20, 2005 |

**LOCAL RULE 56(a)1 STATEMENT**[1]

1. The plaintiff, Tishawn Hunter, brings this action seeking damages for the alleged misdelivery of his personal mail while incarcerated by the Connecticut Department of Corrections.

2. The plaintiff has never filed an administrative tort claim with the United States Postal Service regarding his claim that his mail is being misdelivered. See Declaration of Andrea Lee Hillier, attached hereto as Exhibit A.

---

[1] For purposes of the Local Rule 56(a)1 Statement and the motion for summary judgment, the defendant's submit the following statement of material facts not in dispute. The defendant, however, reserves the right to dispute any and all of the following facts at trial.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY

          */s/ Douglas P. Morabito*
          DOUGLAS P. MORABITO
          ASSISTANT UNITED STATES ATTORNEY
          157 CHURCH STREET
          NEW HAVEN, CT  06508
          (203)821-3700
          FEDERAL BAR NO. ct20962

### CERTIFICATION OF SERVICE

I hereby certify that a copy of the within and foregoing was mailed, postage prepaid, via first-class mail this 20th day of October, 2005, to:

    Tishawn Hunter
    Inmate # 214918
    Northern C.I.
    287 Bilton Road
    Somers, CT 06071
    *(Pro Se Plaintiff)*

    Neil Parille, Esq.
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    *(Defendant Commissioner of Public Works)*

                          */s/ Douglas P. Morabito*
                          DOUGLAS P. MORABITO
                          ASSISTANT UNITED STATES ATTORNEY