## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

TISHAWN HUNTER,                            )
                                           )
    Plaintiff,                         )
                                           )
v.                                         )      Docket No.: 3:03CV236 (CFD)
                                           )
COMMISSIONER OF PUBLIC WORKS, )
and POST OFFICE/POSTMASTER,   )
SOMERS, CT,                                )
                                           )
    Defendants.                        )

## DECLARATION OF ANDREA LEE HILLIER

COMES NOW ANDREA LEE HILLIER, and for her Declaration, states as follows:

1.    My name is Andrea Lee Hillier. I am employed by the United States Postal Service ("USPS"), over the age of twenty-one and competent to make this Declaration. I make the following Declaration in lieu of an affidavit pursuant to 28 U.S.C. §1746 and am aware that this Declaration is the legal equivalent of a statement under oath.

2.    I work for the United States Postal Service as an Accident Investigator for the Connecticut District. In this position, all administrative tort claims filed within the state of Connecticut are forwarded to my office for processing. I have searched my files and, as of October 13, 2005, no administrative claim has been received in this office on behalf of Tishawn Hunter.

3.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____                    _10/19/5_
ANDREA LEE HILLIER                            DATE