UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TISHAWN HUNTER | : | |
| v. | : | CASE NO. 3:03CV236(CFD) |
| | : | |
| COMMISSIONER OF PLUBIC WORKS and POST OFFICE/POSTMASTER, SOMERS, CT | : | |

### JUDGMENT

This action having come on for consideration of the defendants' motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed a Ruling on April 10, 2006 granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 10th day of April, 2006.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk